UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NED F. ANDREE,

     Plaintiff,

                                   File no: 1:19-CV-356

v.

                                   HON. ROBERT J. JONKER

KENTWOOD PUBLIC SCHOOLS,

     Defendant.

_____/

## ORDER APPROVING MAGISTRATE'S
## REPORT AND RECOMMENDATION

     The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action on January 25, 2021 (ECF No. 102). The Report and Recommendation was duly served on the parties. No objections have been filed under 28 U.S.C. § 636(b)(1)(C).

     **ACCORDINGLY, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge (ECF No.102) is approved and adopted as the opinion of the Court.

     **IT IS FURTHER ORDERED** that the Avanti firm's charging lien (ECF No. 86) is enforced, in part, in the amount of $15,146.99.

     **IT IS FURTHER ORDERED** that the $15,146.99 amount shall be paid to the Avanti firm from the settlement proceeds.

Dated:   February 14, 2021           /s/ Robert J. Jonker_____
                                        ROBERT J. JONKER
                                        CHIEF UNITED STATES DISTRICT JUDGE